1  DOUGLAS J. CLARK, State Bar No. 171499 (dclark@wsgr.com)
   IGNACIO E. SALCEDA, State Bar No. 164017 (isalceda@wsgr.com)
2  DAVID L. LANSKY, State Bar No. 199952 (dlansky@wsgr.com)
   JOHN D. COOKE, State Bar No. 233267 (jcooke@wsgr.com)
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone:  (650) 493-9300
   Facsimile:   (650) 565-5100
6
   Attorneys for Nominal Defendant Electronics for
7  Imaging, Inc., and Defendants Guy Gecht,
   Fred Rosenzweig, John Ritchie, Joseph Cutts,
8  Gill Cogan, Jean-Louis Gassée, James S.
   Greene, Dan Maydan, Christopher B. Paisley
9  and Thomas I. Unterberg

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14  INDIANA STATE DISTRICT COUNCIL OF        )   CASE NO.:  C-06-7274 (EMC)
    LABORERS AND HOD CARRIERS PENSION        )
15  FUND, Derivatively on Behalf of          )   **STIPULATION TO EXTEND**
    ELECTRONICS FOR IMAGING, INC.,           )   **DEFENDANTS' TIME TO**
16                                           )   **RESPOND TO PLAINTIFF'S**
                                             )   **COMPLAINT**
17           Plaintiff,                      )
                                             )
    vs.                                      )
18                                           )
    GUY GECHT, FRED ROSENZWEIG, JOHN         )
19  RITCHIE, JOSEPH CUTTS, GILL COGAN,       )
    JEAN-LOUIS GASSEÉ, JAMES S. GREENE,      )
20  DAN MAYDAN, CHRISTOPHER B.               )
    PAISLEY, and THOMAS I. UNTERBERG,        )
21                                           )
             Defendants,                     )
22                                           )
       - and -                               )
23                                           )
    ELECTRONICS FOR IMAGING, INC.,           )
24                                           )
             Nominal Defendant.              )
25                                           )
                                             )
26  _____ )

27

28

STIPULATION TO EXTEND DEFENDANTS' TIME TO          -1-                    3010819_1
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. C-06-7274 (EMC)

1.    Whereas two shareholder derivative actions, *Indiana State District Council of Laborers and Hod Carriers Pension Fund v. Guy Gecht et al.,* Case No. C-06-7274 (EMC), and *City of Ann Arbor Employees' Retirement System v. Guy Gecht et al.,* Case No. C-06-7453 (SBA), are pending in this Court against Electronics for Imaging, Inc. *et al.*;

2.    Whereas these two pending actions have not yet been related or consolidated;

3.    Whereas the parties expect that the above-referenced cases will be related and

consolidated and to agree at that time to a schedule for the filing of a consolidated complaint and Defendants' response thereto;

4.    Therefore, the parties to this action agree and stipulate that Nominal Defendant Electronics for Imaging, Inc., and Defendants Guy Gecht, Fred Rosenzweig, John Ritchie, Joseph Cutts, Gill Cogan, Jean-Louis Gassée, James S. Greene, Dan Maydan, Christopher B. Paisley and Thomas I. Unterberg will not be required to respond to the Complaint in the above-entitled matter but will instead respond to a consolidated complaint to be filed by plaintiffs at a later date.

Dated:  December 15, 2006

LERACH COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP


By:  ___/s/_____
         Shawn A. Williams

Attorneys for Plaintiff Indiana State District Council of Laborers and Hod Carriers Pension Fund

Dated:  December 15, 2006

WILSON SONSINI GOODRICH & ROSATI Professional Corporation


By:  ___/s/_____
         David L. Lansky

Attorneys for Nominal Defendant Electronics for Imaging, Inc., and Defendants Guy Gecht, Fred Rosenzweig, John Ritchie, Joseph Cutts, Gill Cogan, Jean-Louis Gassée, James S. Greene, Dan Maydan, Christopher B. Paisley and Thomas I. Unterberg

ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: _____
December 18, 2006

_____
United

Case 3:06-cv-07274-EMC   Docume   Page 3 of 4

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION TO EXTEND DEFENDANTS' TIME TO
RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. C-06-7274 (EMC)

-3-

3010819_1

1  I, David L. Lansky, am the ECF User whose identification and password are being used

2  to file this Stipulation to Extend Defendants' Time to Respond to Plaintiff's Complaint.  I hereby

3  attest that Shawn A. Williams has concurred in this filing.

4

5  Dated:  December 15, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
6
Case 3:06-cv-07274-EMC   Document 4   Filed 12/15/2006   Page 4 of 4
7                                              By:  /s/_____
                                                   David L. Lansky
8
                                               Attorneys for Nominal Defendant Electronics for
9                                              Imaging, Inc., and Defendants Guy Gecht, Fred
                                               Rosenzweig, John Ritchie, Joseph Cutts, Gill
10                                             Cogan, Jean-Louis Gassée, James S. Greene, Dan
                                               Maydan, Christopher B. Paisley and Thomas I.
11                                             Unterberg.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28