**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                                    **E-FILING**

**Date:** April 12, 2007                          **FTR Time:**    2:40-2:56 a.m.
                                                  **Court Reporter:** Kathy Powell

**Case No. & Name:** C06-7274 EMC Indiana State District Council v. Guy Gecht, et al. &
                     Consolidated Case C07-0698 EMC Trueman Parish v. Dan Avida, et al.

**Attorneys:**   David Johnson & Michael Long for Plaintiffs
                 David Wiseblood & Richard Miller for Defendants

**Deputy Clerk:** Betty Fong

**PROCEEDINGS:**                                  **ORDERED AFTER HEARING:**

-(1) PLAINTIFFS PARISH & FENNIMORE'S         - (1) Plaintiffs' Motion is granted.  Court to
MOTION TO APPOINT LEAD PLAINTIFFS            issue order.
AND LEAD COUNSEL

- (2) CASE MANAGEMENT CONFERENCE             - (2) Court will issue order setting deadlines
                                             for consolidated complaint and motion to
                                             dismiss.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ X ]  Court

**Case continued to:**

cc: EMC