SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
Alan R. Plutzik, Of Counsel (Bar No. 077785)
L. Timothy Fisher, Of Counsel (Bar No. 191626)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0770
Facsimile: (925) 945-8792

    -and-

Lee D. Rudy
Robin Winchester
Michael J. Hynes
James A. Maro
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

Attorneys for Plaintiffs
Trueman Parish and Kevin Fennimore

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA STATE DISTRICT COUNCIL OF LABORERS AND HOD CARRIERS PENSION FUND, Derivatively on Behalf of ELECTRONICS FOR IMAGING, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUY GECHT, FRED ROSENZWEIG, JOHN RITCHIE, JOSEPH CUTTS, GILL COGAN, JEAN-LOUIS GASSEE, JAMES S. GREENE, DAN MAYDAN, CHRISTOPHER B. PAISLEY and THOMAS I. UNTERBERG <br><br> Defendants. <br><br> and, <br><br> ELECTRONICS FOR IMAGING, INC., a Delaware Corporation <br><br> Nominal Defendant. | Case No. C06-07274 EMC <br><br> [PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL <br><br> Date: March 28, 2007 <br> Time: 10:30 a.m. <br> Courtroom C, 15th Floor |

*[CAPTION CONTINUES ON NEXT PAGE]*

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL
Case No. C06-07274 EMC
50271

| | |
|---|---|
| CITY OF ANN ARBOR EMPLOYEES' RETIREMENT SYSTEM, on behalf of itself and all others similarly situated, and derivatively on Behalf of ELECTRONICS FOR IMAGING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GUY GECHT, GILL COGAN, JEAN LOUIS GASSEE, JAMES S. GREENE, DAN MAYDAN, FRED ROSENZWEIG, THOMAS I. UNTERBERG, and JEFFREY CUTTS,<br><br>Defendants,<br><br>and<br><br>ELECTRONICS FOR IMAGING, INC.,<br><br>Nominal Defendant. | Case No. C06-07453 EMC |
| TRUEMAN PARISH, Derivatively on Behalf of Nominal Defendant ELECTRONICS FOR IMAGING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>DAN AVIDA, JEFFREY LENCHES, FRED ROSENZWEIG, ERIC SALTZMAN, MARK LEE, JANICE SMITH, GUY GECHT, JOSEPH CUTTS, JEAN-LOUIS GASSEE, GILL COGAN, THOMAS I. UNTERBERG, JAMES S. GREEN and DAN MAYDAN,<br><br>Defendants,<br><br>and<br>ELECTRONICS FOR IMAGING, INC.,<br><br>Nominal Defendant. | Case No. C07-00698 EMC |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL
Case No. C06-07274 EMC
50271

AND NOW, upon consideration of Plaintiffs Parish's and Fennimore's Motion to Appoint Lead Plaintiffs and Lead Counsel, and any response thereto, and good cause appearing therefore, it is hereby ORDERED and DECREED as follows:

1. Defendants' counsel shall appear for and accept service on behalf of all Defendants not already served, without waiving any jurisdictional rights.

2. Plaintiffs Trueman Parish and Kevin Fennimore shall be appointed as Lead Plaintiffs.

3. The law firm of Schiffrin Barroway Topaz & Kessler, LLP shall be appointed as Lead Counsel for Plaintiffs in the above-captioned actions and any other shareholder derivative action on behalf of Electronics for Imaging, Inc. filed in or transferred to this Court that involves questions of law or fact similar to those contained in the above-captioned actions.

4. Lead Counsel shall have the authority to speak for Plaintiffs in matters regarding pretrial and trial procedure and settlement negotiations, and shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

5. Lead Counsel shall be responsible for coordination of all activities and appearances on behalf of Plaintiffs and for the dissemination of notices and orders of this Court. No motion, request for discovery, or other pretrial proceeding shall be initiated or filed by Plaintiffs except through Lead Counsel.

6. Lead Counsel shall also be available and responsible for communications to and from this Court. Lead Counsel shall be responsible for the creation and maintenance of a master service list of all parties and their respective counsel.

7. Defendants' counsel may rely upon all agreements made with Lead Counsel or other duly authorized representatives of Plaintiffs. Such agreements shall be binding on Plaintiffs.

/ / /
/ / /
/ / /

1 | **IT IS SO ORDERED.**
2 | Dated: 4/12/07



The Honorable Edward M. Chen
United States Magistrate Judge

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND LEAD COUNSEL  3
Case No. C06-07274 EMC
50271