1  Douglas J. Clark, Cal. State Bar No. 171499
   Ignacio E. Salceda, Cal. State Bar No. 164017
2  David L. Lansky, Cal. State Bar No. 199952
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, California 94304
   Telephone:   (650) 493-9300
5  Facsimile:   (650) 565-5100

6  Attorneys for Defendants

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA STATE DISTRICT COUNSEL LABORERS AND HOD CARRIERS PENSION FUND, on behalf of Electronics For Imaging, Inc., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>GUY GECHT, *et al.*,<br><br>Defendants,<br><br>and<br><br>ELECTRONICS FOR IMAGING, INC., a Delaware Corporation<br><br>Nominal Defendant. | CASE NO.:  C06-7274 EMC<br><br>(Consolidated case with C07-0698 EMC) |
| TRUEMAN PARISH, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DAN AVIDA, *et al.*,<br><br>Defendants,<br><br>and<br><br>ELECTRONICS FOR IMAGING, INC., a Delaware Corporation<br><br>Nominal Defendant. | CASE NO.:  C07-0698 EMC<br><br>(Consolidated case with C06-7274 EMC)<br><br>**STIPULATION AND [P~~ROPOS~~ED] ORDER MODIFYING BRIEFING SCHEDULE ON MOTION TO DISMISS**<br><br>Date: September 19, 2007<br>Time: 10:30 AM<br>Before: Hon. Edward M. Chen<br>Courtroom:  C |

1     It is hereby stipulated by and between the parties hereto as follows:

2     WHEREAS, pursuant to the Case Management Order entered on April 18, 2007 (the "Case Management Order"), Lead Plaintiffs Trueman Parish and Kevin Fennimore filed their Consolidated Amended Complaint (the "Complaint") on May 24, 2007;

5     WHEREAS, Defendants intend to move to dismiss the Complaint;

6     WHEREAS, pursuant to the Case Management Order, Defendants' Motion to Dismiss is currently due by July 5, 2007, Plaintiffs' Opposition is due by August 3, 2007, Defendants' Reply is due by August 29, 2007, and the hearing on Defendants' Motion to Dismiss is set for September 19, 2007;

10     WHEREAS, the parties have agreed to extend the briefing schedule on Defendants' Motion to Dismiss by one week; and

12     WHEREAS, the hearing date set by the Court for Defendants' Motion to Dismiss will remain unchanged;

14     THEREFORE, the parties to this action, by and through their attorneys, hereby STIPULATE AND AGREE, subject to approval of the Court, that:

16     1.    Defendants' Motion to Dismiss shall be filed by **July 12, 2007**;

17     2.    Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be filed by **August 10, 2007**;

19     3.    Defendants Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss shall be filed by **September 5, 2007**; and

21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4.     The hearing on Defendants' Motion to Dismiss will remain set for **September ~~19,~~ 2007** at **10:30 AM**. <sup>26</sup>

5.   The Status Conference set for 9/19/07 is also reset for 9/26/07 at 10:30 a.m. An updated joint status conference statement is due on 9/19/07.

Dated:  July 6, 2007                                  WILSON SONSINI GOODRICH & ROSATI, Professional Corporation


By: /s/  Ignacio E. Salceda
       Ignacio E. Salceda

Attorneys for Defendants

Dated:  July 6, 2007                                   SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP


By: /s/   Lee D. Rudy
       Lee D. Rudy

Lead Counsel for Plaintiffs

Pursuant to Stipulation, IT IS SO ORDERED.

Dated:_____~~July 9, 2007~~_____                              _____
                                                                                    Chen
                                                                                    Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

STIPULATION AND [PROPOSED] ORDER
MODIFYING BRIEFING SCHEDULE                                3                                            3146578_1.DOC
CASE NOS. C-06-7274 (EMC); C-07-0698 (EMC)

1  I, Ignacio E. Salceda, am the ECF User whose identification and password are being used
2 to file the Stipulation and [Proposed] Order Modifying Briefing Schedule on Motion to Dismiss.
3 I hereby attest that Lee D. Rudy has concurred in this filing.

5 Dated: July 6, 2007                                     WILSON SONSINI GOODRICH & ROSATI,
                                                          Professional Corporation

                                                          By: /s/  Ignacio E. Salceda
                                                                    Ignacio E. Salceda

                                                          Attorneys for Defendants