**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INDIANA STATE DISTRICT COUNCIL OF LABORERS AND HOD CARRIERS PENSION FUND, Derivatively on Behalf of Electronics for Imaging, Inc., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> GUY GECHT, *et al.*, <br><br> Defendants. <br><br> and <br><br> ELECTRONICS FOR IMAGING, INC., a Delaware Corporation <br><br> Nominal Defendant. <br> _____/ | No. C-06-7274 EMC <br> (Related cases) <br><br> (Consolidated case with C07-0698 EMC) <br><br><br> **ORDER GRANTING PLAINTIFFS' MOTION TO STAY** |
| TRUEMAN PARISH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DAN AVIDA, *et al.* <br><br> Defendants. <br><br> and <br><br> ELECTRONICS FOR IMAGING, INC., a Delaware Corporation <br><br> Nominal Defendant. <br> _____/ | No. C-07-0698 EMC <br> (Related cases) <br><br> (Consolidated case with C06-7274EMC) |

Plaintiffs have moved the Court to stay the proceedings in the above-referenced cases in favor of *City of Ann Arbor v. Electronics for Imaging, Inc.* (DE CH CA2797-VCL), a similar derivative action pending in the Chancery Court of Delaware.  Plaintiffs contend that a stay is appropriate because the above-referenced cases raise important questions of Delaware law that are more appropriately and efficiently resolved by the Delaware courts.  Defendants have submitted a statement of nonopposition to Plaintiffs' motion to stay.

Because the parties have effectively stipulated to a stay of proceedings, the Court hereby **GRANTS** Plaintiffs' motion to stay.  All proceedings in this case -- including the briefing and hearing on Defendants' motion to dismiss -- are stayed until further order of the Court.  The parties are ordered to file a joint letter within six months of the date of this order to update the Court on the proceedings in the state court.

IT IS SO ORDERED.

Dated:  July 25, 2007

EDWARD M. CHEN
United States Magistrate Judge

2